# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MONTEFIORE MEDICAL CENTER,

                Plaintiff,                  09 **CIVIL** 3096 (RA) (SN)

        -against-                                **JUDGMENT**

LOCAL 272 WELFARE FUND, *et al.*,

                Defendants.

------------------------------------------------------------X

MONTEFIORE MEDICAL CENTER,

                Plaintiff,                  14 **CIVIL** 10229 (RA) (SN)

        -against-                                **JUDGMENT**

LOCAL 272 WELFARE FUND, *et al.*,

                Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2020, that on August 25, 2020, Judge Netburn issued a Report and Recommendation (the "Report") recommending that the Court award Montefiore simple prejudgment interest in the amount of $309,069.65; Neither party filed objections to the Report; As no objections to the Report were filed, the Court has reviewed Judge Netburn's Report for clear error. The Court finds no error and thus adopts the well-reasoned Report in its entirety. Accordingly, Montefiore is awarded prejudgment interest in the amount of $309,069.65, and case numbers 09-cv-3096 and 14-cv-10229 are closed.

**Dated:** New York, New York
September 15, 2020

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk
